# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2022-1012
LT Case No. 2016-305492-CFDB

———————————————

NICHOLAS NATALE BARBATI,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
Elizabeth A. Blackburn, Judge.

Keith Peterson, of Law Offices of Peterson, P.A., Mulberry, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.


August 13, 2024


PER CURIAM.

   AFFIRMED.


MAKAR, LAMBERT, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____